# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Luis Rogelio Vidal-Arredondo,<br>a.k.a.: Luise Rogelio Vidal,<br>a.k.a.: Luis Roger Vidal,<br>(A095 185 044)<br>*Defendant* | Case No. 17-480 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 24, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Luis Rogelio Vidal-Arredondo, an alien, was found in the United States of America at or near Mesa, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Douglas, Arizona, on or about April 29, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

REVIEWED BY: AUSA Natalie B. Huddleston for AUSA Jacqueline Schesnol

☒ Continued on the attached sheet.

*Complainant's signature*

Steven T. Case,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 25, 2017

*Judge's signature*

City and state: Phoenix, Arizona

Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Steven T. Case, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 24, 2017, Luis Rogelio Vidal-Arredondo was arrested by immigration officers performing at large apprehension duties as part of Operation Cross Check during a vehicle stop near Mesa, Arizona. At the scene Vidal-Arredondo was interviewed by immigration officers who determined him to be a Mexican citizen, illegally present in the United States. On the same date, Vidal-Arredondo was transported to the Phoenix ICE office for further investigation and processing. Vidal-Arredondo was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Luis Rogelio Vidal-Arredondo to be a citizen of Mexico and a previously deported criminal alien. Vidal-Arredondo was removed from the United States to Mexico at or near Douglas, Arizona, on or about April 29, 2013, pursuant to the reinstatement of an order of removal issued by an immigration

judge. There is no record of Vidal-Arredondo in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Vidal-Arredondo's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Luis Rogelio Vidal-Arredondo was convicted of Theft from a Person, a felony offenses, on March 16, 2009, in the Superior Court of Arizona, Maricopa County. Vidal-Arredondo was sentenced to two (2) years' probation. Vidal-Arredondo's criminal history was matched to him by electronic fingerprint comparison

5. On October 24, 2017, Luis Rogelio Vidal-Arredondo was advised of his constitutional rights. Vidal-Arredondo freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 24, 2017, Luis Rogelio Vidal-Arredondo, an alien, was found in the United States of America at or near Mesa, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Douglas, Arizona, on or about April 29, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply

for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Steven T. Case,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 25th day of October, 2017.

_____
Michelle H. Burns,
United States Magistrate Judge